# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                                          : NO. 85
                                                :
REAPPOINTMENT TO THE                            : CLIENT SECURITY APPOINTMENT
PENNSYLVANIA LAWYERS FUND FOR                    : DOCKET
CLIENT SECURITY BOARD OF TRUSTEES               :


## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of February, 2024, Daniel W. Coleman, Esquire, Dauphin County, is hereby reappointed as a member of the Pennsylvania Lawyers Fund for Client Security Board of Trustees for a term of three years, commencing April 1, 2024.